*Receipt #11092273*
*$224.00*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: DANIEL & KATHRYN SOUTHCOTT    BK: 06-03900 K

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
    REFUND CHECK # 15472 FOR $ 224.00
Mailed to: 1804 CRANDALL AVE, KENDALL, NY 14476
and it
further APPEARING that more than ninety (90) days have elapsed since distribution

    Albert J. Mogavero, the trustee herein, hereby remits to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 224.00 IN CHECK # 15706 Representing unclaimed funds belonging to the above-named debtor.

DATED: 8-18-2011

_____
ALBERT J. MOGAVERO
TRUSTEE

FILED
AUG 22 2011
BANKRUPTCY COURT
BUFFALO, N.Y.